[No. 40009-6-I.    Division One.    May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. TALMADGE LEO KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-00327-8, JoAnne Alumbaugh, J., entered January 10, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40264-1-I.    Division One.    May 11, 1998.]

ANGELIKA BRAUN, *Appellant*, v. THE STATE OF WASHINGTON, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 96-2-21288-1, Robert S. Lasnik, J., entered January 31, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 40284-6-I.    Division One.    May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN GLEN GODBEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-06268-7, Michael Spearman, J., entered February 21, 1997. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker and Cox, JJ.

[No. 40412-1-I.    Division One.    May 11, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS ALAN POPE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-01388-3, Paul D. Hansen, J., entered March 11, 1997. *Affirmed* by unpublished opinion per Agid, A.C.J., concurred in by Coleman and Becker, JJ.